**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD S. REYES, | ) NO. CV 10-3931-PA (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| JOHN MARSHALL, | ) |
| Respondent. | ) |

Pursuant to the Court's Order: Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge; and Denying Certificate of Appealability,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: April 19, 2011

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE